## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| WESLEY JOHNSON, | : | Case No. |
| | : | |
| Plaintiff, | : | Judge: |
| v. | : | |
| | : | **NOTICE OF REMOVAL** |
| RJM ACQUISITIONS, LLC | : | |
| Defendant. | : | |
| | : | |

_____

Now comes Defendant RJM Acquisitions, LLC, pursuant to 28 U.S.C. 1331, 1367, 1441, and 15 U.S.C. 1692k, and files this Notice of Removal, and in support hereof set for the following grounds:

1.  On or about April 8, 2013, Defendant was served with Plaintiff's Complaint, a copy of which is attached hereto, in an action entitled Wesley Johnson v. RJM Acquisitions, LLC, filed of record with the Clerk of the Court for the 44th Judicial District, State of Michigan, Case No. 13-02560 SC.

2.  Plaintiff's Complaint appears to purport to set forth a cause of action under the "Fair Debt Collection Practices Act" 15 U.S.C. 1692 et seq.

3.  This Court has original jurisdiction over Plaintiff's cause of action based on 15 U.S.C. 1692 et seq., as set forth in 28 U.S.C. 1331 and 15 U.S.C. 1692k(d).  Pursuant to 28 U.S.C. 1441, therefore, the civil action pending in the 44th Judicial District Court, State of Michigan, is removable to this Court.

4.  Defendant will file an Answer to Plaintiff's Complaint with the Clerk of the United States District Court for the Eastern District of Michigan.

5.  Copies of all process, pleadings and orders served upon Defendant in this action are attached hereto.

6.  Thirty (30) days have not yet expired since receipt of Plaintiff's Complaint.

7.  Defendant will provide written notice of this filing of this Notice of Removal to Plaintiff by ordinary mail and will also forward a Notice for filing with the Clerk of the Court of the 44th Judicial District, State of Michigan regarding this Notice of Removal.

WHEREFORE, Defendant pray that the above-captioned action now pending in the 44th

Judicial District, State of Michigan, be removed therefrom and placed on the regular docket of

the United States District Court for the Eastern District of Michigan.

JEFFREY A. SMOLEK, P.L.L.C.


BY:    _/s/ Jeffrey A Smolek_ _____
JEFFREY A. SMOLEK (P53565)
Attorney for Defendant
20 W. Washington St., Suite 4A
Clarkston, MI  48346
(248) 625-5373
js@jeffreysmoleklaw.com

Date:  April 26, 2013


## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2013, I served the following by regular U.S. Mail to the

following:

Wesley Johnson – Plaintiff Pro se
7901 Kentucky
Dearborn, MI  48216

_/s/ Jeffrey A Smolek_ _____
JEFFREY A. SMOLEK (P53565)
Attorney for Defendant
20 W. Washington St., Suite 4A
Clarkston, MI  48346
(248) 625-5373
js@jeffreysmoleklaw.com
